# IN THE UNITED STATE DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

**Bishop William D. Paul**
**Petitioner**

vs.

UNITED STATES OF AMERICA
Respondent

**DEMAND FOR JURY TRIAL**

2007 NOV 27 P 2: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT A

### PETITION TO QUASH SUMMONS AND JURY TRIAL

**COMES NOW**, the Petitioner, by and through Pro'se Bishop William D. Paul, has Petitioned the court to Quash Summons and Jury Trial - reasons being:

1. Jurisdiction-The United States district court for which this Petition to Quash is filed is the district within which the entities/person resides.

2. The Names and addresses of the entities to whom the notices are directed

Mark Mire, Special Agent
2204 Lakeshore Drive Suite 210
Homewood, AL 35209

Tuskegee bank
301 N. ELM Street,
Tuskegee, AL 36083

Regions Bank
P.O. Box 10247
Birmingham, AL 35202

Laura Canary
United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

Internal Revenue Service
Individual Forms and Publications Branch
SE:W:CAR:MP:T:I
1111 Constitution Ave. NW, IR-6406

1

Washington, DC 20224

Commissioner, Kevin Brown
Internal Revenue Service,.
1111 Constitution Ave. NW, IR-6406
Washington, DC 20224

3.     The entities of records.  See Exhibits 1 and 2. Motion for Dismissal and Final Judgemnt and Summons.

4.     The legal argument supporting the relief requested are:

The Summons are regarding William D. Paul (Only) and IRS (United States Of America) said the same. Bishop WILLIAM D. PAUL ( Only) Petitioner, v. UNITED STATES OF AMERICA, Respondent, Case Civil Action No.: 2.: 02:07mc3367-MHT has been heard before in the district court of the United States for the middle district of Alabama northern division by Judge Myron H. Thompson on June 14, 2007 at 10:00 a.m. at the Frank M. Johnson , Jr. United States Courthouse Complex, Courtroom 2FMJ. **The respondent initiated a Motion to Dismiss and William D. Paul (Only) agreed.  The judgment granted in United State District Court per Judge Myron H. Thompson, by agreement of the parties made in open court on June 14, 2007, reason being (See Exhibits):**

1. The petitioner(William D. Paul, Only) initiated the proceedings by filing a Petition to Quash on June 5, 2007.

2. Since the filing of the petitioner's (William D. Paul, Only) motion, the respondent has determined not to pursue enforcement of the summonses, as issued, in this matter.

3. As the respondent will not seek enforcement of the summonses, as issued, their no longer exists a case or controversy between the parties(IRS and William D. Paul, Only) that can, or need be, resolved by the Court.

5. Petitioner Bishop William D. Paul is an agent of the Church on the Road, Inc. He has taken the vow of poverty for the past 24 years, which was prior to his marriage in 2002. He was a homeless Vietnam Era Veteran and suffers with Post Traumatic Stress Disorder. He has never obtained any assistance from the government which he proudly volunteered and served. He also served with honor and still serves his country by providing a voice in America for homeless veterans.

6. Petitioner Bishop William D. Paul, has asked and begged IRS agents at all levels, over several years to help him understand what he is doing wrong within the laws of the United States of America and the teachings of Jesus Christ that constitutes the need for a Criminal Investigation.

7. On November 9, 2007, a few days before Veterans Day, Special Agent Mark Mire stated that his job was to "put you (me) behind bars" (to be persecuted). I then asked him, "Are you Saved? Next, I said a prayer with both IRS agents stating that GOD's will be done.

8. Petitioner Bishop William D. Paul, objected to summons to Regions Bank regarding accounts 1-7 (See attachment). I was told by Regions Bank that William D. Paul does not have any checking accounts.

## **TAX-LIABILITY AND RELIGIOUS DISCRIMINATION**

Bishop Paul is requesting a jury trial for clarification and to stop the harassment, religious persecution, irrevocable hardship and character assassination by the IRS. Reasons being:

- Bishop Paul is an agent with the **Church on the Road, Inc.** and has taken the vow of poverty. He has renounced all claims to his earnings since 1984. The earnings belong to the order and are not subject to tax liabilities. This is the same as the nuns and priests of the Catholic Church.

3

- A criminal investigation for tax liability purposes has never taken place with the nuns and priests of the Catholic Church who have taken the vow of poverty. The fact that Bishop Paul is being criminally investigated for tax liability is religious discrimination. One religion is being preferred over another which is contrary to the First Amendment of the Constitution and is a violation. See U.S. Supreme Court decision - Everson *vs.* Board of Education.

### U.S. Supreme Court decision

In the U.S. Supreme Court decision considering the case of Everson vs. Board of Education, 330U5 203.91, LED 2,711, **the Court held that: "The establishment of religion' of the First Amendment means at least this: Neither the State nor the Federal Government can set up a church. Neither can pass laws, which aid one religion, aid all religions, or prefer one religion to another.** Neither can force nor influence a person to go to or to remain away from a church against his will or force him to profess entertaining or professing religious beliefs of disbeliefs, for the church attendance or non attendance.

- As the nuns and priests are not, **neither** is Bishop Paul a **tax payer** and thereby, has **no tax-liabilities.** This is according to:
    - Social Security Administration
    - IRS' top officials with 1040 forms and Tax- exempt organizations
    - FICA
    - SEIC
    - Information in IRS 2006 publications: 557, 517, 17, 1023 application, and SS-4

See court Doc Attachments for copies.

4

1. **<u>Summons are illegal and irrelevant. There are no Tax Liabilities</u>**

To obtain enforcement of a summons, the IRS must demonstrate:

(1) That the investigation will be conducted pursuant to a legitimate purpose.

    Comment:  There are no tax-liabilities and therefore no need to conduct an illegal criminal investigation. Petitioner is not a tax-payer.

(2) That the inquiry will be relevant to that purpose.

    Comment: The inquiry is irrelevant. The petitioner is not subject to income tax withholdings, social security and Medicare tax, nor SE tax according to IRS, 2006 PUBLICATION 517, VOW OF POVERTY PAGES 2, 3 AND 6.

    Comment:  The illegal criminal investigation is requesting information and obtaining financial records from various religious organizations and integrated auxiliaries that the petitioner has been assigned to work with by the religious order. See summons.

(3) That the information sought is not already in the IRS' possession.

    Comment: IRS already has the information sought based upon previous summons of records issued and obtained from banks and CPA firm of Bern, Butler, Capilouto and Massey. See summons issued on August 7, 2006 per Larry Ellis, IRS Special Agent in the matter of William D. Paul SSN: ███████ These summons were for tax years 2001, 2002, 2003, 2004, 2005. See Civil Action No. 2:06mc3292-WKW. Final judgment was rendered on August 25, 2006. At that time, IRS pursued and obtained bank records and information from the aforementioned CPA firm and banks from which they are presently requesting records (Regions Bank, Compass Bank, AmSouth Bank, Peoples Bank and Trust Company).

(4) That it has taken the administrative steps necessary to the issuance of a summons.

    Comments: Pursuant to 26 U.S.C. 7602(a) Refer to tax-payer. Bishop Paul is not a tax-payer and IRS has neither law nor authority to issue a summons to a religious order. Bishop Paul has taken the vow of poverty as an agent of a religious order,

5

renounced all claims to his earnings and his earnings belong to the order. IRS does not require filing tax returns of any kind for the religious order or activities. In addition, Bishop Paul is not subject to income tax withholding, social security and Medicare tax, or SE tax. See 2006 IRS Publication 557 and IRS 2006 PUBLICATION 517 VOW OF POVERTY: PAGES 2, 3 AND 6.

Since an illegal law is an unconstitutional law and is void, the general principles follow that IRS imposes no duties or tax liabilities, confers no rights, creates no office, and bestows no power or authority on anyone within a church that has taken the vow of poverty.

Dated this 27th day of November, 2007

_____
Bishop William D. Paul, Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093
(334) 514-4383

## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:
Laura Canary
United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

Mark Mire, Special Agent
2204 Lakeshore Drive Suite 210
Homewood, AL 35209

Tuskegee bank
301 N. ELM Street,
Tuskegee, AL 36083

United State Attorney General
950 Pennsylvania Ave.
Washington, D.C. 20530

Regions Bank
P.O. Box 10247
Birmingham, AL 35202

Commissioner, Kelvin Brown
Internal Revenue Service
1111 Constitution Ave. NW, IR-6406
Washington, DC 20224

6

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 27th day of November, 2007

_____
Bishop William D. Paul. Paul, Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093
(334) 514-4383

7

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. PAUL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.: 02:07mc3367-MHT |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MOTION TO DISMISS

Comes now the respondent, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves for the dismissal of the above-styled cause, and as grounds, states as follows:

1.  The petitioner initiated these proceedings by filing a Petition to Quash on June 5, 2007.

2.  Since the filing of the petitioner's motion, the respondent has determined not to pursue enforcement of the summonses, as issued, in this matter.

3.  As the respondent will not seek enforcement of the summonses, as issued, their no longer exists a case or controversy between the parties that can, or need be, resolved by the Court.

WHEREFORE, premises considered, the petitioner's Motion to Quash is due to be and should be dismissed as moot.

Respectfully submitted this 13th day of June, 2007.

        LEURA G. CANARY
        United States Attorney


By: /s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: rand.neeley@usdoj.gov


### CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    William D. Paul
    102 Meadow wood Court
    Wetumpka, AL 36093


        s/R. Randolph Neeley
        Assistant United States Attorney

Case: 2:07-mc-03367-MHT    Document #: 10-2    Date Filed: 06/15/2007    Page 1 of 1

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. PAUL, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07mc3367-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

JUDGMENT

By agreement of the parties made in open court on June 14, 2007, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss (Doc. No. 6) is granted.

(2) The petition to quash summons (Doc. No. 1) is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of June, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

# WE PROMISE TO CARE

"A Salute to U.S. Senator Jeff Sessions and the Business Council of Alabama"
Alabama Home Ownership Conference
July 1, 2003

## Montgomery, Alabama
**Some of the Guest speakers included:**

- Alabama Department of Economic & Community Affairs John D. Harrison, Director
- Alabama Association of Regional Planning Councils Wayne Burnette, Executive Director
- Alabama Association of Housing & Redevelopment Authorities Leigh Clemons, President
- Community Action Association of Alabama Michael Tubbs, Executive Director
- Alabama Department of Senior Services Irene B. Collins, Executive Director
- HUD Programs in Alabama Cindy Yarbrough, Field Office Director
- USDA Rural Development Steve Pelham, State Director
- Department of Veterans Affairs Sharon Glanton-Davis
- Internal Revenue Service Benita Wilson, Senior Tax Specialist Internal Revenue Service
- Marjolaine Butler, Senior Tax Law Specialist
- Delta Regional Authority Pete Johnson, Federal Co-Chair
- HUD Alphonso Jackson, HUD Deputy Secretary
- United States Senate Committee on Banking, Housing, and Urban Affairs,
- Mark Calabria, Senior Professional Staff Member Fannie Mae
Federal Home Loan Bank of Atlanta Winton E. Yerby III, Executive Director

Minister William D. Paul was requested to be the moderator for Charitable, Faith Based and Non-Profit Organizations. The panelist consist of: Habitat for Humanity – Karen McCauley, American Family Funds, Inc., - Joel S. Pate, Volunteers of America – Wallace Davis, and Seedco – Anne Rader.

## THE FOUNDER
## Dr. William D. Paul
**Serving His Country Since 1972**

Dr. William D. Paul is a U.S. Vietnam Era veteran having volunteered in the Air Force in order to serve his country. During this time, he established the United Action Organization (UAO) at Mount Home Air Force Base in Idaho to reduce racial tension. This program was implemented on several air force bases nation wide.

Since the Vietnam Era, national economist, Minister Paul has dedicated his life to the "Gospel of Self Help". He attended Boise State University and is a graduate of the University of Minnesota with degrees in Speech Communication, Military Science and Public Health. His work experience and services include: Minnesota Department of Health –EMS Section; Minnesota Dept. of Economic Security - Office of Policy and Planning; National campaign chairman for concerned Blacks during the presidential bid of Governor Harold E. Stassen; Georgia Governor's Office of Planning and Budget—Management Review; Georgia Department of Industry and Trade; Fulton/Atlanta, Georgia Office of Economic Development; National Conference of Black Mayors Economic Development Task Force; Georgia's Secretary of State Economic Development Task Force; and South Fulton Chamber of Commerce Board of Directors.

He is the president of the National Faith Based Chambers of Commerce and PDI Ministries. As a national economist, he works with cities, counties, churches, and non-profit organizations. Dr. William Paul has utilized his knowledge and skill to aid individuals in starting faith based organizations, establishing the 501(c)(3) status, and aiding them in obtaining grants for their corporations.



PDI Ministries



FAITH BASED INITIATIVE
VETERANS REPAIR, INC.

**Homeless Veterans Missing In America**

1201 Peachtree
**400 Colony Sq. Suite 200**
Atlanta, Georgia 30361
404-870-9080
334-264-9644

# Introduction

**N**ational Faith Based Initiative Veterans RePAIR, INC, America's first 501 (C) 3 Tax-Exempt Organization, organized by Veterans, to cater primarily to homeless veterans. We are unique in that we provide technical assistance to Faith and Community Based tax-exempt nonprofit organizations that provide economic and empowerment solutions for homeless veterans.

## Purpose

This organization is designed to provide technical assistance by way of face-to-face seminars to participants. These seminars will:

- Provide group or individual seminars which focus on general instructions concerning grants applications.
- Provide group or individual seminars which focus on instructions for applying for a specific grant.
- Provide group or individual seminars for preparing analyses to be included in a grant application to receive funding for homeless veterans

This organization will aid faith-based and community-based non-profit organizations in identifying grants in order to provide supporting housing and supportive services to our homeless veterans. Over the past two decades, PDI has provided weekly and monthly, face-to-face, technical assistance seminars in more than 43 states. Our participants include faith-based, community-based, and veteran organizations such as American Legion, Veterans of Foreign War (VFW) and Disabled American Veterans (DAV).

# Homeless Veterans Missing In America

## WHO IS A VETERAN?

In general most organizations use the Department of Veterans Affairs (VA) eligibility criteria to determine which veterans can access services. Eligibility for VA Benefits is based upon discharge from active military service under other than dishonorable conditions. Benefits vary according to factors connected with type and length of military service.

## WHAT IS THE DEFINITION OF HOMELESS?

PL 100-77 signed into law on July 22, 1987 known as the "McKinney Act" provided a definition of homelessness that is commonly used because it controls the federal funding streams.

Excerpt from PL 100-77: Sec. 11302. General definition of homeless individual

The term "Homeless" or "homeless individual or homeless person" includes:

(1) An individual who lacks a fixed, regular, and adequate nighttime residence; and

(2) An individual who has a primary nighttime residence that is:

    A) a supervised publicly or privately operated shelter designed to provide temporary living accommodations ( including welfare hotels, congregate shelters, and transitional housing for the mentally ill);

    B) an institution that provides a temporary residence for individuals intended to be institutionalized; or

    C) a public or private place not designed for, or ordinarily used as, a regular sleeping accommodation for human beings.

## DOESN'T THE DEPARTMENT OF VETERANS AFFAIRS TAKE CARE OF HOMELESS VETERANS?

To a certain degree, yes. According to the VA's 1997 report, in the years since it "began responding to the special needs of homeless veterans", its homeless treatment and assistance network has developed into the nation's largest provider of homeless services. This network serves more than 40, 000 veterans annually. With an estimated 500,000 veterans becoming homeless at some time during a year, the VA reaches less than 10% of those in need… leaving 460,000 veterans still without services.

Since 1987, VA's programs for homeless veterans have emphasized collaboration with community service providers.

### What Services Do Veterans Need?

Veterans need a coordinated effort that provides secure housing and nutritional meals; essential physical health care; substance abuse aftercare; mental health



counseling; and personal development and empowerment. Veterans also need job assessment, training and placement assistance.

## HOW MANY HOMELESS VETERANS ARE THERE?

Accurate numbers community-by-community are not available. Some communities do annual counts and others do an estimate based on a variety of factors.

The Urban Institute in conjunction with the National Survey of Homeless Assistance Providers and Clients (NSHAPC) performed a survey in 1996 which projected that: During a year, 2.3 - 3.5 million people are homeless in America. That would indicate by taking 23% of that range for veterans, that there are 529,000 - 840,000 homeless veterans over a year.



# Summons

In the matter of __William D. Paul__
Internal Revenue Service (Division): __Criminal Investigation Division__
Industry/Area (name or number): _____
Periods: __Calendar years ending December 31, 2003, December 31, 2004, and December 31, 2005__

### The Commissioner of Internal Revenue

To: __REGIONS BANK__
At: __Post Office Box 10247, Birmingham, Alabama 35202__

You are hereby summoned and required to appear before __Mark Mire, Special Agent__ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attached.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
__2204 Lakeshore Drive, Suite 210, Homewood, AL 35209    (205) 912-5565 desk    (205) 329-4386 cell__

**Place and time for appearance at** __2204 Lakeshore Drive, Suite 210, Homewood, AL 35209__

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

on the __11th__ day of __December__, __2007__ at __9:00__ o'clock __a__ m.
Issued under authority of the Internal Revenue Code this __8th__ day of __November__, __2007__.

_Mark Mire_ (signature)
Signature of issuing officer — Mark Mire, Special Agent — Title

Signature of approving officer (if applicable) — Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

Part C — to be given to noticee



# Summons

In the matter of __William D. Paul__
Internal Revenue Service (Division): __Criminal Investigation Division__
Industry/Area (name or number): _____
Periods: __Calendar years ending December 31, 2003, December 31, 2004, and December 31, 2005__

### The Commissioner of Internal Revenue

To: __Rheumatology Specialists Arthritis & Osteoporosis Center, Inc.__
At: __500 Arba Street, Montgomery, AL 36104__

You are hereby summoned and required to appear before __Mark Mire, Special Agent__ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attached.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

__/s/ Mark Mire__                                              __SPECIAL AGENT__
Signature of IRS officer serving the summons                    Title

**Business address and telephone number of IRS officer before whom you are to appear:**
__2204 Lakeshore Drive, Suite 210, Homewood, AL 35209    (205) 912-5565 desk    (205) 329-4386 cell__

**Place and time for appearance at** __1285 Carmichael Way__
__Montgomery, AL 36104__

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

on the __11TH__ day of __DECEMBER__, __2007__ at __9:00__ o'clock __a__ m.
Issued under authority of the Internal Revenue Code this __9TH__ (year) day of __NOVEMBER__, __2007__ (year).

__/s/ Mark Mire__                                              Mark Mire, Special Agent
Signature of issuing officer                                    Title

_____                          _____
Signature of approving officer (if applicable)                  Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

Part A - to be given to person summoned

ATTACHMENT TO SUMMONS ISSUED TO: **REGIONS BANK**

<u>ALL OPEN AND CLOSED ACCOUNTS</u>

For the years: 2003 - 2005    (January 1, 2003 through December 31, 2005)

All deposit item records pertaining to the following bank accounts:

**ACCOUNT #**

1) 0034348360    (Paul)
2) 0037451480    (Paul)
3) 02-0681-3275  (Paul)
4) 02-0651-0647  (Paul)
5) 02-0651-0639  (Paul)
6) 0034444092    (PDI)
7) 0040433013    (PDI)

Please forward the requested information by date shown on summons to:

IRS Criminal Investigation
Special Agent Mark Mire
2204 Lakeshore Drive
Suite 210
Homewood, AL 35209

If assistance is needed, please contact Special Agent Mark Mire at 205 329-4386.

ATTACHMENT TO SUMMONS ISSUED TO: **Rheumatology Specialists Arthritis & Osteoporosis Center, Inc.**

FOR THE YEARS: 2003 - 2005

All corporate records and books of account relative to the financial transactions of:

**Rheumatology Specialists Arthritis & Osteoporosis Center, Inc.**

To include but not limited to:

ALL CORPORATE BOOKKEEPING RECORDS and other financial records including General Ledger, General Journals, all Subsidiary Ledgers and Journals, Gross Receipts and income records, Cash Receipts and Disbursement records and/or Journals, sales and Purchase records and/or Journals, Accounts Receivable and Payable Ledgers and records, Bad Debt records, Cost of Goods Sold records, Loan Receivable and Payable Ledgers, Voucher Register and all sales and expense invoices including all invoices documenting expenses paid by cash (currency ) or bank check (cashier or teller checks) and retained copies of any bank checks (cashier or teller checks.)

Inventory records establishing beginning and ending inventories including inventory sheets, work-papers, and valuation records. Records and work-papers reflecting the purchase, basis and depreciable life of assets. Records and work-papers of sales of corporate assets such records disclosing the dates of purchase and sale, cost and sales price, records establishing or adjusting
asset basis.

Corporate Minute Book, Stock Register or other records reflecting ownership of corporate stock. All financial statements, bookkeeper's and/or accountant's workpapers used in the preparation of corporate records or tax returns. Retained copies of all federal and state income, payroll and excise tax returns.

SAVINGS ACCOUNT RECORDS: Including passbooks or bank statements, records reflecting dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, records reflecting the identity of checks deposited, withdrawal slips, and records disclosing the disposition of withdrawals, Forms 1099, debit and credit memos. Records of any certificates of deposit, money market certificates, U.S. Treasury Notes or Bills purchased.

CHECKING ACCOUNT RECORDS: Including bank statements, deposit slips, records revealing the identity of checks drawn on the account, checks deposited, all debit and credit memos, and Forms 1099 issued.

LOAN RECORDS: Including applications, financial statements, loan collateral, credit and background investigations required, loan agreements, notes or mortgages, settlement sheets, contracts, retained copies of checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loans correspondence files and internal memoranda relative to these loans.

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001278
Cashier ID: brobinso
Transaction Date: 11/27/2007
Payer Name: WILLIAM D PAUL
------------------------------------
MISCELLANEOUS FEES
 For: WILLIAM D PAUL
 Amount:         $39.00
PAPER COPIES
 For: WILLIAM D PAUL
 Amount:         $1.00
------------------------------------
CASH
 Amt Tendered:  $40.00
------------------------------------
Total Due:       $40.00
Total Tendered:  $40.00
Change Amt:      $0.00

PAUL V. UNITED STATES

MOTION TO QUASH A SUMMONS
```