**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   William D. Paul
   102 Meadow Wood Court
   Wetumpka, AL 36093

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07mc3376 #5

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7007 1490 0000 0024 9001

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540