IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. PAUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07mc3376-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the United States' motion to dismiss this action for plaintiff's failure to properly effect service (Doc. # 8), it is

ORDERED that plaintiff may respond to the motion to dismiss on or before **January 25, 2008**.  Plaintiff is advised that, if he fails to respond to the motion, or to comply with any order of the court, this action may be dismissed.

It is further ORDERED that plaintiff is DIRECTED to serve copies of any pleadings he files in this matter on counsel for the United States: R. Randolph Neeley, U.S. Attorney's Office, Post Office Box 197, Montgomery, AL 36101-0197.

It is further ORDERED that the hearing on the motion to quash, presently set for 9:00 a.m. on January 25, 2008, is hereby CONTINUED generally.

DONE, this 17th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE