# IN THE UNITED STATE DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

**Bishop, William D. Paul**
**Petitioner**

     vs.      Case Civil Action No.: 2.: 02:07mc3376-MHT-SRW

**UNITED STATES**
**Respondent**

RECEIVED

2008 JAN 25 A 9: 16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**RESPOND TO THE MOTION TO DISMISS,**
MOTION TO SANCTION,
and MOTION TO GRANT MOTION TO QUASH

    **COMES NOW**, the Petitioner, by and through Pro'se Bishop William D. Paul, **RESPOND TO THE MOTION TO DISMISS,** MOTION TO SANCTION and MOTION TO GRANT MOTION TO QUASH
cause, and as grounds states as follows:

**RESPOND TO THE MOTION TO DISMISS**

1. Petitioner, received the Motion to Dismiss dated January 17, 2008 on January 24, 2008 at 4:00 p.m. E.S.T.

2. Petitioner, received Court Order dated January 17. 2008, on January 24, 2008 at 4:00 E.S.T.

3. On or before November 27, 2007, the petitioner, Bishop William Paul, pro se filed a petition to quash in Case Civil Action No.: 2.: 02:07mc3376-MHT an.

4. On November 27, 2007, the petitioner per instruction from U.S. Clerk Office, after the clerk staff reviewed the petitioner, petition to quash and certificate of services. The petitioner asks the clerk staff member to mail copies to all parties in which was done before on June 5, 2007. The Petitioner was instructed by the clerk staff member that he should mail copies to the parties. The petitioner did, which stated, "**Certificate of Services** hereby certify that I have served a copy of the foregoing upon: **Leura G.Canary**, U.S. Attorney's Office, Post Office Box 197 Montgomery, AL 36101-0197 by depositing a copy of the same in the U.S. Mail, postage prepaid, on November 27, 2007.

5. On June 5, 2007, U.S. Clerk Office after reviewing the petitioner, petition to quash directed the petitioner to obtain a certified mailing from the United Postal Services address to **Leura G.Canary**, U.S. Attorney's Office, Post Office Box 197 Montgomery, AL 36101-0197 and place all items inside the envelop and the Clerk Office will mail the certified letters to all parties, in Case Civil Action No.: 2.: 02:07mc3367-MHT .

1

6. After or before March 28, 2006, the petitioner, Bishop William Paul, pro se filed a motion to quash in case no. 2:06-3292-WKW . Petitioner, directed and served copies of motions and pleading on counsel for the United States: R. Randolph Neeley, U.S. Attorney's Office, Post Office Box 197 Montgomery, AL 36101-0197. Petitioner was told by the clerk office to directed and served copies of motions and pleading on counsel for the United States: **Leura G.Canary**, U.S. Attorney's Office, Post Office Box 197 Montgomery, AL 36101-0197

7. On or about August 25th , 2006.the case case no. 2:06-3292-WKW was dismissed, because petitioner, directed and served copies of motions and pleading on counsel for the United States: To R. Randolph Neeley, U.S. Attorney's Office, Post Office Box 197 Montgomery, AL 36101-0197. Reason for dismissal the petition to quash was not directed and served copies of motions and pleading on counsel for the United States: **Leura G.Canary**, U.S. Attorney's Office, Post Office Box 197 Montgomery, AL 36101-0197

MOTION TO SANCTION
and MOTION TO GRANT MOTION TO QUASH
**"Let me look you straight in the eye. My job is to put you behind bars"**
by: IRS Special Agent Mark Mire

1. COURT ORDER, On January 4, 2008 AND January 17, 2008, the respondent did not respond nor show cause as order by the court,

2. On November 29, 2007, IRS Special Agent Mark Mire presented to my office unannounced after I had filed a petition to quash summons in the United States District Court, Middle District of Alabama on November 27, 2007. Mr. Mire violated patient and doctor confidentiality and HIPPA governmental rules by trespassing on private property and taking pictures of the doctor's car and possibly patient's cars as well without permission. He entered the medical facility during regular office hours and met with an office staff member who had approached him and asked 'why were he taking pictures of the cars?' He stated he was looking for Marcia Elkins. She identified herself as the same. He stated he wanted to ask her questions but could not tell her what it was regarding. She stated she was not answering questions. He then went on to question the office member. He entered the medical facility unannounced and without permission. He wanted to question the office manager. The office manager called me at home and I asked to speak with Mr. Mire. I asked him to go to the back office out of the patient flow and sight. The office manager went back to the office where Mr. Mire was seated. I asked to speak with the office staff so that I could speak with the manager and Mr. Mire by speaker phone. Eventually, I was able to communicate with the office manager after he had asked her a series of questions. I had informed her previously that she should have an attorney present before communicating with the agent. At that time, I asked the agent to sign a Business Associate Agreement in accordance with HIPAA guidelines.

2

He refused to do so. He asked if I wanted him to leave. I replied 'yes' given the fact that he was violating HIPAA rules in patient sensitive areas.

3. He is obviously biased and discriminatory. He is using his personal and subjective opinion to cloud his judgment in carrying out his duty as an IRS agent. This is evidenced by this statement which he made to me on the 9th of November 2007 – **"Let me look you straight in the eye. My job is to put you behind bars"**. I then asked him, "Are you Saved?" I then said a prayer with both IRS agents stating that God's will be done. The remarks he made to me does not sound to me as if he is working under the mandate of congress that a United States citizen is 'assumed innocent until proven guilty'

4. Therefore, the petitioner is asking the court to sanction and/or penalize Special Agent Mark Mire for violating the oath that he swore to uphold within the constitution. Petitioner had also asking the Internal Revenue Service to dismiss Mr. Mire for the same.

Respectfully submitted this 24th day of January, 2008.

Bishop William D. Paul, Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093
(334) 514-4383

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

**Leura G. Canary** and R. Randolph Neeley,
U.S. Attorney's Office
Post Office Box 197 Montgomery, AL 36101-0197

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 25th day of November, 2006.

Bishop William D. Paul, Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093
(334) 514-4383

3

**CHURCH ON THE ROAD, INC.**
Bishop William D. Paul
President

500 Arba Street
Montgomery, Alabama 36104
334-294-9644

## IRS TAKES CONTROL OF THE CHURCH

November 30, 2007

Laura Canary
United States Attorney General
Post Office Box 197
Montgomery, AL 36101-0197

Commissioner, Kevin Brown
Internal Revenue Service,.
1111 Constitution Ave. NW, IR-6406
Washington, DC 20224

Ms. Canary and Mr. Brown:

Petitioner Bishop William D. Paul is an agent of the Church on the Road, Inc. He has taken the vow of poverty for the past 24 years, which was prior to his marriage in 2002. He was a homeless Vietnam Era Veteran and suffers with Post Traumatic Stress Disorder. He has never obtained any assistance from the government which he proudly volunteered and served. He also served with honor and still serves his country by providing a voice in America for homeless veterans.

Bishop William D. Paul has asked and begged IRS agents at all levels, over several years to help him understand what he is doing wrong within the laws of the United States of America and the teachings of Jesus Christ that constitutes the need for a Criminal Investigation.

On November 29, 2007, IRS Special Agent Mark Mire presented to my office unannounced after I had filed a petition to quash summons in the United States District Court, Middle District of Alabama on November 27, 2007. Mr. Mire violated patient and doctor confidentiality and HIPPA governmental rules by trespassing on private property and taking pictures of the doctor's car and possibly patient's cars as well without permission. He entered the medical facility during regular office hours and met with an office staff member who had approached him and asked 'why were he taking pictures of the cars?' He stated he was looking for Marcia Elkins. She identified herself as the same. He stated he wanted to ask her questions but could not tell her what it was

1

regarding. She stated she was not answering questions. He then went on to question the office member. He entered the medical facility unannounced and without permission. He wanted to question the office manager. The office manager called me at home and I asked to speak with Mr. Mire. I asked him to go to the back office out of the patient flow and sight. The office manager went back to the office where Mr. Mire was seated. I asked to speak with the office staff so that I could speak with the manager and Mr. Mire by speaker phone. Eventually, I was able to communicate with the office manager after he had asked her a series of questions. I had informed her previously that she should have an attorney present before communicating with the agent. At that time, I asked the agent to sign a Business Associate Agreement in accordance with HIPAA guidelines. He refused to do so. He asked if I wanted him to leave. I replied 'yes' given the fact that he was violating HIPAA rules in patient sensitive areas.

On today, I received a call from Mr. J. Johnson, who holds the mortgage for the facility which the ministry operates. Mr. Mire contacted him after leaving our office and requested information from him. Mr. Johnson advised Mr. Mire to send a request in writing as he was unaware who Mr. Mire was. Mr. Johnson informed Mr. Mire that his attorney would review the information and request. Mr. Mire contacted Mr. Johnson after I had informed him, with witnesses present, that we had a case pending in federal court regarding the petition to quash summons as noted above.

Therefore, we will be asking the court to sanction and/or penalize Special Agent Mark Mire for violating the oath that he swore to uphold within the constitution. We are also asking the Internal Revenue Service to dismiss Mr. Mire for the same. He is obviously biased and discriminatory. He is using his personal and subjective opinion and not objective date to cloud his judgment in carrying out his duty as an IRS agent. This is evidenced by this statement which he made to me on the 9th of November 2007 – "Let me look you straight in the eye. My job is to put you behind bars". I then asked him, "Are you Saved?" I then said a prayer with both IRS agents stating that God's will be done. The remarks he made to me does not sound to me as if he is working under the mandate of congress that a United States citizen is 'assumed innocent until proven guilty'.

We are aware that the criminal division has a quota to maintain and keeps its conviction rate high at all costs. It utilizes congress to enforce its attack on churches, especially African American churches throughout America. This must stop. This is worse than Adolph Hitler and the German constitution in 1933 imposing taxes on Christians in order that Christians be recognized as Christians. This is not the America that I was willing to die for as a Vietnam Era soldier.

I am requesting a congressional investigation regarding the attacks against pastors and churches throughout America by the Internal Revenue Service by using congress as its 'scapegoat'. The IRS is attempting to control churches and religious activities. Currently, IRS is taxing churches and religious organizations $750.00 so in order to be

2

recognized as tax-exempt so that they can control religious activities. This is a blatant violation of the US Constitution and 1st Amendment. Please read IRS Publication 557, IRS Publication 517, IRS Publication 17 and IRS Application 1023 which establish religious organizations under IRS control.

Thank you and God Bless!

_____
Bishop William D. Paul

Cc:    Presidential candidates
       United States Congressmen
       United States Senators
       United States Attorneys General
       Judge Roy Moore
       Bishop Eddie Long
       Pastor Paula White
       Pastor Creflo Dollar
       Lary King (CNN)
       Trinity Broadcast Network (TBN)
       Mr. J. Johnson
       Marcia Elkins



**DEPARTMENT OF VETERANS AFFAIRS**
HEALTH ELIGIBILITY CENTER
2957 CLAIRMONT RD NE STE 200
ATLANTA GA 30329-1647

JANUARY 2, 2008

In Reply Refer To: 742/006
PAUL, WILLIAM D

#BWNHMJZ
#581123625WDPO    #

MR WILLIAM D PAUL
PO BOX 240607
MONTGOMERY AL  36124-0607

Dear MR PAUL:

The Department of Veterans Affairs (VA) is pleased to confirm your enrollment in the VA health care system. This letter is to notify you of your priority group assignment, enrollment, and potential eligibility for VA Pension Benefits.

## How This Affects You

- You are currently enrolled in Priority Group 5.
- Information about enrollment priority groups and some *Frequently Asked Questions and answers* are enclosed.
- Enrollment, which occurs on a year-to-year basis, gives you access to a broad range of health care services at VA facilities anywhere in the country. Services include preventive, primary and specialty care, both inpatient and outpatient. You can use these services even if you have Medicare, Medicaid, TRICARE, or private health insurance coverage. VA recommends you continue any health insurance coverage you currently maintain.
- If you are eligible for Medicare Part D prescription drug coverage, you need to know that enrollment in the VA health care system is creditable coverage for Medicare Part D purposes. This means that VA prescription drug coverage is at least as good as the Medicare Part D coverage. For more information on Medicare Part D, visit http://www.medicare.gov/pdphome.asp or call 1-800-Medicare (1-800-633-4227).
- Your enrollment will be reviewed and renewed each year depending upon your priority and available funds. You will be notified of any changes in your enrollment status.
- Contact the Enrollment Coordinator at your local VA health care facility if you wish to obtain an appointment for care.
- Should you choose to cancel your enrollment for any reason, please notify VA's Health Eligibility Center, 2957 Clairmont Road, Suite 200, Atlanta, GA 30329-1647, in writing.

## What You Can Do If You Disagree With Our Enrollment Decisions

- If you received a Purple Heart award, provide us with sufficient documentation and you will be upgraded to Priority Group 3 if you are in a lower priority group. Please see the enclosed *Frequently Asked Questions* for details.
- If you wish to appeal our decision, follow the instructions on the enclosed VA Form 4107VHA, "Your Rights To Appeal Our Decision." Return your Notice of Disagreement to the Enrollment Coordinator at your local VA health care facility.

## Are You Eligible for VA Pension?

Wartime veterans with limited income, and who are permanently and totally disabled or age 65 or older may be eligible for VA pension benefits to supplement their income. Widows or other dependents might be eligible for pension benefits if they meet certain requirements.

(continued on back)

*Questions? Call 1-877-222-VETS*

000000144

VA Form 600D   APR 2007



The Office of the Taxpayer Advocate operates independently of any other IRS Office and reports directly to Congress through the National Taxpayer Advocate.

Date: June 4, 2007

ADDRESSEE ONLY

Mr. Paul Williams
102 Meadow Road
Wetumpka, Alabama 36093

Taxpayer Identification Number: 2███████
Tax Form(s): Civil Penalty
Tax Period(s) Ending: December 31, 1995, September 31, 2003, December 31, 2003
  March 31, 2004, and June 30, 2004
Case Number: 3925312

Dear Mr. Williams:

This is in response to your inquiry of May 31, 2007. I understand you're concerned about an ongoing review your account for the above referenced tax periods.

I've contacted the Internal Revenue Service Reviewing Office and was advised that they have been in contact with you and have explained the reason they are reviewing your account. The review process could take another six months or longer to complete. I apologize that I could not assist you in resolving your concerns.

I'm sorry but the Taxpayer Advocate Service can be of no further assistance to you at this time. I am closing your Taxpayer Advocate case at this time. If you have any questions, you can reach me by telephone, send a fax, or if you prefer, you can write to me. My telephone number, fax number, hours of operation and mailing address are listed below. Please provide a telephone number where you can be reached and the best time to call you.

I'm sorry for any inconvenience this situation has caused you. Thank you for your patience and cooperation.

Sincerely,

*[signature]*
Gladys Walker
Senior Program Analyst

---

Taxpayer Advocate Service, 801 Tom Martin Drive, Birmingham, AL 35211
Contact: Gladys Walker – Employee Number 72-19638  Available Hours  7:30 a.m. – 3:30 p.m.(CST) M-F
Direct Extension 205-912-5631  Fax 205-912-5633
Web Site Address www.irs.gov/advocate