IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

William D. Paul _____, )
)
**Plaintiff,** )
) CASE NO. 2:07mc3376-MHT
v. )
)
United States of Amreica _____, )
)
**Defendants,** )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW William D. Paker _____, a Plaintiff _____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

2/11/08
Date

(Signature) William Paul, Petitioner
pro se

_____
(Counsel's Name)

Counsel for (print names of all parties)
162 Meadow Wood
Wetumpka, AL 36093
Address, City, State Zip Code
334-590-9995
Telephone Number

## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:

Laura G. Canary
United States Attorney

R. Randolph Neeley
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

By depositing a copy of the same in the U.S. Mail, postage prepaid, this the 11th day of February, 2008.

_____
Bishop William D. Paul, Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093
(334) 590-7995

2