IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. PAUL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07mc3376-MHT |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

There being no objections filed to the recommendation of the magistrate judge filed on February 20, 2008 (Doc. #14), said Recommendation is adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the motion of respondent United States to dismiss (Doc. # 8) is DENIED without prejudice, and that petitioner's motion for sanctions against Special Agent Mire (included within Doc. # 10) is DENIED.

DONE, this the 7th day of March, 2008.

　　　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE