| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ Monika Conner  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): DeMonika Donner  C. Date of Delivery: 04/16/08 |
| 1. Article Addressed to:<br><br>Leura G. Canary<br>United States Attorney<br>131 Clayton Street<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07 mc 3376 #A R&R<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0003 1842 3580 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540