**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William D. Paul
102 Meadow Wood Court
Wetumpka, AL 36093

2. Article (Tra...

PS Fo...

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 4/22/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

APR 22 2008

07mc3396 #19 R&R

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

☐ Yes

02595-02-M-1540