IN THE UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2008 APR 25 A 11:19

William D. Paul
Petitioner
vs.  Case Civil Action No.: 2.: 02:07mc3376-MHT

UNITED STATES OF AMERICA,
Respondent

**MOTIONS: PETITIONER OBJECTIONS TO RECOMMENDATION OF THE MAGISTRATE JUDGE AND REQUEST AN EXTENSION** — Extension of Service

The Petitioner, by and through Pro se Bishop William D. Paul, OBJECTIONS TO RECOMMENDATION 0F THE MAGISTRATE JUDGE AND REQUEST AN EXTENSION- Extension of Service,
Reason being:

1. Petitioner was never served a copy of Recommendation of the Magistrate Judge Doc.#14. in the above case, as set forth in Fed. R. Civ. P. Therefore, petitioner was not afforded an opportunity to respond, to Recommendation of the Magistrate doc#14 nor was advised of any recommendation, time frame or corrections or requirements of rule in Doc. #14.

2. On or about March 12, 2008, in a court ordered letter (Doc) from District Judge Myron H. Thompson, Petitioner discovered that a recommendation was made by United States Magistrate Judge.

3. On or about April 5, 2008, the petitioner went by U.S. Court Clerk's office and received a copy for the first time, the recommendation by United States Magistrate Judge.

4. On or about April 8, 2008, Petitioner responded to motion to dismiss and served the United States as set forth in Fed. R. Civ. P. 4(i). Including Petition to Quash Summons, see court doc and Attachment A.

5. The petitioner no longer live at 102 Meadow wood Wetumpka, AL 36093. The Church relocated and assigned the petitioner to Georgia. Therefore, because of the relocation, the court mail normally arrived a day before or after a response or notification been mail to petitioner.

1.

SCANNED

6. Petitioner mailing address is 1029 Peachtree Park way Suite 152, Atlanta, GA ~~30264~~ 30269

7. The Respondent (Government) on different occasions missed court-ordered filing and FILE RESPONSE OUT OF TIME, to show cause and appear at court hearings, on or about December 27, 2007 (Show case) and on or about January 8, 2008 (Hearing).

8. The Petitioner appeared for the hearing and the Government did not on or about January 8, 2008 but, on that same day the U.S. Clerk gave the petitioner a copy of the magistrate judge amend order, given the Government until January 17, 2008 to show cause and set the hearing for January 25, 2008. Although the Government did not request an out of time extension nor amendment as set forth in Fed. R. Civ. P..

9. The Court has afforded the Government to extend deadlines and ample time to respond.

10. The Government motions to dismiss appear to be out of time as set forth in Fed. R. Civ. P. because, the government fail to respond or objected to the filing on about November 30, 2007 in a timely manner. Namely, the court had assigned a case Civil Action No.: 2.: 02:07mc3376-MHT and set a respond and hearing date

11. Petitioner served all parties of the United States as set forth in Fed. R. Civ. P. 4(i).

Dated this 23rd day of April, 2008

Bishop William D. Paul. Paul, Pro'se Petitioner
1029 Peachtree Parkway Suite 152
Atlanta, GA 30269
678-364-0437

2.

## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:

Laura Canary
United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197


Mark Mire, Special Agent
2204 Lakeshore Drive Suite 210
Homewood, AL 35209


| United State Attorney General | Regions Bank |
| --- | --- |
| 950 Pennsylvania Ave. | P.O. Box 10247 |
| Washington, D.C. 20530 | Birmingham, AL 35202 |


Commissioner, Kelvin Brown
Internal Revenue Service
1111 Constitution Ave. NW, IR-6406
Washington, DC 20224

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 23rd day of April, 2008

_____
Bishop William D. Paul. Paul, Pro'se
Petitioner
1029 Peachtree Parkway Suite 152
Atlanta, GA 30269
678-364-0437


3.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x Melvin Baker  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Mehgan Baker<br>C. Date of Delivery: 4-10-08<br>D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Laura Canary<br>U.S. Attorney<br>P.O. Box 197<br>Montgomery, AL 36101<br>-0197 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2560 0002 0139 3041 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Attach A

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20224

| Postage | $ | $1.31 | 0302 |
| Certified Fee | | $2.65 | 18 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.11 | 04/08/2008 |

Sent To: Commissioner
Street, Apt. No.; or PO Box No.: IRS 1111 Constitution Ave
City, State, ZIP+4: Washington DC 20___

[Second receipt — 7007 2560 0002 0139 1122]
Sent To: Clerk of the US District Court
PO Box 711, Montgomery AL 36101-0711

[Third receipt — WASHINGTON DC 20530]
Sent To: United States Attorney General
950 Pennsylvania Ave
Washington DC 20530

[Fourth receipt — 7007 2560 0002 0139 3041, MONTGOMERY AL 36101]
Sent To: Laura Canary, U.S. Atty, P.O. Box 197, Montgomery AL

RT  1711

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

7007 2680 0003 1842 3597

NOTIFY SENDER OF NEW ADDRESS
PAUL LADDINGTON 352 N7E 1003 GA 0T
1003 LADDINGTON LN
PEACHTREE CTY GA

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Office                          APR 14 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

1. Article Addressed to:
Commissioner
Internal Revenue Service
111 Constitution Ave
NW IR:CBM
Washington DC 20224

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7007 2560 0002 0130 3045

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540