**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 28, 2008

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: William D. Paul vs. United States of America**
**Case Number: 2:07mc3376-MHT**

**Pleading : #23 - Petitioner's Objections and Request for Extension of Time to Service**

**Notice of Correction is being filed this date to advise that the referenced pleading was docketed with only the attachments in error.**

**The a copy of the Objections and Request for Extension of Time and its attachments are attached to this notice.**

IN THE UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**William D. Paul**
**Petitioner**
    vs.            Case Civil Action No.: 2.: 02:07mc3376-MHT

**UNITED STATES OF AMERICA,**
**Respondent**

**MOTIONS: PETITIONER OBJECTIONS TO RECOMMENDATION OF THE MAGISTRATE JUDGE AND REQUEST AN EXTENSION** — Extension of Service

The Petitioner, by and through Pro se Bishop William D. Paul, OBJECTIONS TO RECOMMENDATION 0F THE MAGISTRATE JUDGE AND REQUEST AN EXTENSION- Extention of Service, Reason being:

1. Petitioner was never served a copy of Recommendation of the Magistrate Judge Doc.#14. in the above case, as set forth in Fed. R. Civ. P. Therefore, petitioner was not afforded an opportunity to respond, to Recommendation of the Magistrate doc#14 nor was advised of any recommendation, time frame or corrections or requirements of rule in Doc. #14.

2. On or about March 12, 2008, in a court ordered letter (Doc) from District Judge Myron H. Thompson, Petitioner discovered that a recommendation was made by United States Magistrate Judge.

3. On or about April 5, 2008, the petitioner went by U.S. Court Clerk's office and received a copy for the first time, the recommendation by United States Magistrate Judge.

4. On or about April 8, 2008, Petitioner responded to motion to dismiss and served the United States as set forth in Fed. R. Civ. P. 4(i). Including Petition to Quash Summons, see court doc and Attachment A.

5. The petitioner no longer live at 102 Meadow wood Wetumpka, AL 36093. The Church relocated and assigned the petitioner to Georgia. Therefore, because of the relocation, the court mail normally arrived a day before or after a response or notification been mail to petitioner.

1.

SCANNED

6. Petitioner mailing address is 1029 Peachtree Park way Suite 152, Atlanta, GA ~~30264~~ 30269

7. The Respondent (Government) on different occasions missed court-ordered filing and FILE RESPONSE OUT OF TIME, to show cause and appear at court hearings, on or about December 27, 2007 (Show case) and on or about January 8, 2008 (Hearing).

8. The Petitioner appeared for the hearing and the Government did not on or about January 8, 2008 but, on that same day the U.S. Clerk gave the petitioner a copy of the magistrate judge amend order, given the Government until January 17, 2008 to show cause and set the hearing for January 25, 2008. Although the Government did not request an out of time extension nor amendment as set forth in Fed. R. Civ. P..

9. The Court has afforded the Government to extend deadlines and ample time to respond.

10. The Government motions to dismiss appear to be out of time as set forth in Fed. R. Civ. P. because, the government fail to respond or objected to the filing on about November 30, 2007 in a timely manner. Namely, the court had assigned a case Civil Action No.: 2.: 02:07mc3376-MHT and set a respond and hearing date

11. Petitioner served all parties of the United States as set forth in Fed. R. Civ. P. 4(i).

Dated this 23rd day of April, 2008

_____
Bishop William D. Paul. Paul, Pro'se Petitioner
1029 Peachtree Parkway Suite 152
Atlanta, GA 30269
678-364-0437

2.

## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:

Laura Canary
United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197


Mark Mire, Special Agent
2204 Lakeshore Drive Suite 210
Homewood, AL 35209


| United State Attorney General | Regions Bank |
| --- | --- |
| 950 Pennsylvania Ave. | P.O. Box 10247 |
| Washington, D.C. 20530 | Birmingham, AL 35202 |


Commissioner, Kelvin Brown
                 Internal Revenue Service
1111 Constitution Ave. NW, IR-6406
Washington, DC 20224

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 23rd day of April, 2008

                                                  Bishop William D. Paul. Paul, Pro'se
                                                  Petitioner
                                                  1029 Peachtree Parkway Suite 152
                                                    Atlanta, GA 30269
                                                       678-364-0437

Attach A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Laura Canary
U.S. Attorney
P.O. Box 197
Montgomery, AL 36101
-0197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Mehgan Baker_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Mehgan Baker
C. Date of Delivery: 4-10-08

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0002 0139 3041

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)

7007 2560 0002 0139 1122
WASHINGTON DC 20224    0302
Postage: $1.31
Certified Fee: $2.65   18
Return Receipt Fee (Endorsement Required): $2.15   Postmark Here
Restricted Delivery Fee (Endorsement Required): $0.00
Total Postage & Fees: $6.11   04/08/2008

Sent To: Commissioner
Street, Apt. No. or PO Box No.: IRS 1111 Constitution Ave
City, State, ZIP+4: Washington DC 20___

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**

7007 2560 0002 0139 3058
WASHINGTON DC 20530    0302
Postage: $1.31
Certified Fee: $2.65   18
Return Receipt Fee: $2.15   Postmark Here
Restricted Delivery Fee: $0.00
Total Postage & Fees: $6.11   04/08/2008

Sent To: United States Attorney General
Street, Apt. No. or PO Box No.: 950 Pennsylvania Ave
City, State, ZIP+4: Washington DC 20530

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
MONTGOMERY AL 36101
Postage: $1.31
Certified Fee: $2.65   18   0302
Return Receipt Fee: $2.15
Restricted Delivery Fee: $0.00
Total Postage & Fees: $6.11
04/08/2008

Sent To: Office of the Clerk
Street: US District Court PO Box 711
City, State, ZIP+4: Montgomery AL 36101-0711

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
MONTGOMERY AL 36101
7007 2560 0002 0139 3041
Postage: $1.31
Certified Fee: $2.65   18
Return Receipt Fee: $2.15
Restricted Delivery Fee: $0.00
Total Postage & Fees: $6.11
04/08/2008

Sent To: Laura Canary U.S. Atty
Street, PO Box No.: PO Box 197
City, State, ZIP+4: Montgomery AL

RT 1711

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)
Office

C. Date of Delivery
APR 14 2008

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Commissioner
Internal Revenue Service
111 Constitution Ave
NW IR:CBM
Washington DC 20224

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7007 2560 0002 0190 3045

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

7007 2680 0003 1842 3597

NOTIFY SENDER OF NEW ADDRESS
PAUL LADDINGTON LN
1003 PEACHTREE CTY GA
PEACHTREE CITY GA