IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

BISHOP WILLIAM D. PAUL,       )
                              )
     Petitioner,              )
                              )        CIVIL ACTION NO.
     v.                       )          2:07mc3376-MHT
                              )             (WO)
UNITED STATES OF AMERICA,     )
                              )
     Respondent.              )

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (Doc. No. 23) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 19) is adopted.

(3) Respondent's motion to dismiss (Doc. No. 17) is granted.

(4) Petitioner's motion to grant (Doc. No. 10) is

denied, and petitioner's motion to quash (Doc.
No. 1) is denied.

(5) This matter is dismissed without prejudice.

It is further ORDERED that costs are taxed against
petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this
document on the civil docket as a final judgment pursuant
to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of May, 2008.


　　/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE